UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-CR-373-KJD-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EMMA M DAVIS ) | |
| ) | |
| Defendant. ) | |

FILED ENTERED / RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
DEC 15 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#142) on July 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: OFFICE OF JUSTICE PROGRAMS
Amount of Restitution: $11,609.87

**Total Amount of Restitution ordered:** $11,609.87

Dated this _____14th_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE