```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         DEC 15 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,           )
                                    )   2:05-CR-373-KJD-LRL
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
EMMA M DAVIS                        )
                                    )
            Defendant.              )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#142) on July 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: OFFICE OF JUSTICE PROGRAMS
Amount of Restitution: $11,609.87

**Total Amount of Restitution ordered:** $11,609.87

Dated this ___14th___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE